UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT   HARTFORD
April 5, 2023
Dinah Milton Kinney, Clerk
By: _____
Deputy Clerk

KENNEDY HODGES & ASSOCIATES
LTD., LLP.,
THREE COMMAS, LLC.          :

      Plaintiffs

v.                          :    CASE NO.  3:20CV852 (OAW)

HARTFORD FINANCIAL SERVICES
GROUP, INC.         ,       :
TWIN CITY FIRE INSURANCE COMPANY

      Defendants

## JUDGMENT

This action came on for consideration of the defendant's Motion for Judgment on the Pleadings doc.# [47] before the Honorable Omar A. Williams, United States District Judge,

On April 5, 2023, an order entered granting the defendant's Motion for Judgment on the Pleadings,

It is hereby ORDERED, ADJUDGED and DECREED that judgment enter in favor of the defendant, Twin City Fire Insurance Company against the plaintiffs, Kennedy Hodges & Associates LTD., LLP and Three Commas, LLC.

Dated at Hartford, Connecticut, this 5th day of April, 2023.

                                        DINAH MILTON KINNEY, CLERK

                                        By:_____/s/ RKW
                                              Robert K. Wood
                                              Deputy Clerk

EOD - 4/6/2023